FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  CASE NO.   8:12CR 136 35 AEP
                                              18 U.S.C. § 1594(c)
WEYLIN O. RODRIGUEZ                           18 U.S.C. § 1591(a)
a/k/a "Rico"                                  18 U.S.C. § 2423(a)
a/k/a "David Johnson"                         18 U.S.C. § 2422(a)
                                              18 U.S.C. § 924(c)
and TATJUANA JOYE                             18 U.S.C. § 922(g)
a/k/a "Yanna"                                 18 U.S.C. § 1594(d) - Forfeiture
                                              18 U.S.C. § 2428 - Forfeiture
                                              18 U.S.C. § 924(d) - Forfeiture
                                              28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

### A. Introduction

At times material to this Indictment:

1.     Weylin O. Rodriguez, a/k/a "Rico," a/k/a "David Johnson," resided in the

Middle District of Florida.  Rodriguez represented himself as the

CEO/owner/president of GMB Entertainment/ All Access Modeling.  Rodriguez had

ties to North Carolina and frequently traveled between the Middle District of Florida

and Charlotte, North Carolina.

2.     Tatjuana Joye, a resident of the Middle District of Florida, was associated

with GMB Entertainment/ All Access Modeling.

3.      GMB Entertainment stands for "Get Money Bitches" Entertainment.

4.      C.G., a minor female, was a resident of the Middle District of Florida, and was under the age of 18.

5.      D.B., a minor female, was a resident of the Middle District of Florida, and was under the age of 18.

6.      E.F., a minor female, was a resident of the Middle District of Florida, and was under the age of 18.

## B. The Conspiracy

7.      Beginning on an unknown date, but from at least in or about November 2010, and continuing through in or about May 2011, in the Middle District of Florida and elsewhere, the defendants,

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

and

TATJUANA JOYE
a/k/a "Yanna"

did combine, conspire and agree with other persons, known and unknown to the Grand Jury, to:

A)      recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, and maintained a person, in and affecting interstate and foreign

2

commerce, knowing and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2);

B)    recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, and maintained a person, in and affecting interstate and foreign commerce, knowing, and in reckless disregard of the fact, that force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (a)(2).

All in violation of Title 18, United States Code, Section 1594(c).

### B. Manner and Means

8.    The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others:

a)    It was a part of the conspiracy that Weylin O. Rodriguez, a/k/a "Rico," a/k/a "David Johnson," would and did recruit minor victims and young women to work for him by fraudulently offering them jobs as models;

b)    It was further a part of the conspiracy that the conspirators would and did instruct the minor victims and young women how to solicit and charge for commercial sex acts;

3

c)      It was further a part of the conspiracy that the conspirators would and did place advertisements on the internet advertising the young women for commercial sex acts;

d)      It was further a part of the conspiracy that the conspirators would and did use vehicles, public highways, hotels, private residences, telephones and the internet to facilitate the commercial sex acts;

e)      It was further a part of the conspiracy that the conspirators would and did tattoo the minor victims and young women;

f)      It was further a part of the conspiracy that the conspirators would and did physically beat or threaten to physically beat the minor victims and young women to scare and control them.

All in violation of Title 18, United States Code, Section 1594(c).

COUNT TWO

In or about December, 2010 in the Middle District of Florida and elsewhere,

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

and

TATJUANA JOYE
a/k/a "Yanna"

the defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, and benefit financially and receive anything of value from participation in a venture which recruited, enticed, harbored,

4

transported, provided, obtained and maintained, in and affecting interstate and foreign commerce, a person, that is, C.G., having had a reasonable opportunity to observe C.G., and knowing, and in reckless disregard of the fact, that C.G. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion would be used to cause C.G. to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2), (b)(1) and (b)(2), 3559(e), and Section 2.

### COUNT THREE

In or about December, 2010 in the Middle District of Florida and elsewhere,

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson,"

the defendant herein, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a Court of the United States, that is, Sex Trafficking of a Minor or by Force, Fraud and Coercion, as charged in Count Two of this Indictment, the allegations in Count Two being incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

5

## COUNT FOUR

Between in or about November, 2010 and continuing through in or about January, 2011, in the Middle District of Florida and elsewhere,

### WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

and

### TATJUANA JOYE
a/k/a "Yanna"

the defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and benefit financially and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained, in and affecting interstate and foreign commerce, a person, that is, D.B., having had a reasonable opportunity to observe D.B., and knowing, and in reckless disregard of the fact, that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause D.B. to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2), (b)(1) and (b)(2), 3559(e) and Section 2.

6

## COUNT FIVE

Between in or about November, 2010 and continuing through in or about

January, 2011, in the Middle District of Florida and elsewhere,

**WEYLIN O. RODRIGUEZ**
a/k/a "Rico,"
a/k/a "David Johnson"

and

**TATJUANA JOYE**
a/k/a "Yanna"

the defendants herein, did knowingly recruit, entice, harbor, transport, provide,

obtain, and maintain by any means a person, and benefit financially and receive

anything of value from participation in a venture which recruited, enticed, harbored,

transported, provided, obtained and maintained, in and affecting interstate and

foreign commerce, a person, that is, E.F., having had a reasonable opportunity to

observe E.F., and knowing, and in reckless disregard of the fact, that E.F. had not

attained the age of 18 years and would be caused to engage in a commercial sex

act, and knowing and in reckless disregard of the fact, that means of force, threats

of force, fraud, and coercion would be used to cause E.F. to engage in a

commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2),

(b)(1) and (b)(2), 3559(e) and Section 2.

7

## COUNT SIX

Between in or about January, 2011 and continuing through in or about May, 2011, in the Middle District of Florida and elsewhere,

**WEYLIN O. RODRIGUEZ**
a/k/a "Rico,"
a/k/a "David Johnson "

and

**TATJUANA JOYE**
a/k/a "Yanna"

the defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means persons, and benefit financially and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate and foreign commerce  persons, that is B.W., Ca.G., and N.M., knowing and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion would be used to cause B.W., Ca.G., and N.M. to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2), (b)(1) and (b)(2) and Section 2.

## COUNT SEVEN

Between in or about January, 2011 and continuing through in or about May, 2011, in the Middle District of Florida and elsewhere,

8

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

the defendant herein, did knowingly use and carry a firearm during and in relation to,

and did knowingly possess a firearm in furtherance of, a crime of violence for which

he may be prosecuted in a Court of the United States, that is, Sex Trafficking of a

Minor or by Force, Fraud and Coercion, as charged in Count Six of this Indictment

the allegations of Count Six being incorporated by reference as though fully set forth

herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and

Section 2.

## COUNT EIGHT

In or about January, 2011 in the Middle District of Florida and elsewhere,

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

and

TATJUANA JOYE
a/k/a "Yanna"

the defendants herein, knowingly transported individuals, that is, D.B. and E.F.,

minors under the age of 18, in interstate commerce, from the Middle District of

Florida to the State of North Carolina, with the intent that D.B. and E.F. engage in

prostitution and in any sexual activity for which any person can be charged with a

9

criminal offense.

All in violation of Title 18, United States Code, Section 2423(a), 3559(e) and Section 2.

## COUNT NINE

Between in or about January, 2011 and continuing through in or about May, 2011, in the Middle District of Florida and elsewhere,

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

the defendant herein, knowingly persuaded, induced, and enticed individuals, that is, Ca.G. and N.M., to travel in interstate commerce, from the State of North Carolina to the Middle District of Florida, to engage in prostitution and in sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(a) and Section 2.

## COUNT TEN

Beginning on an unknown date, but at least in or about November, 2010, and continuing through in or about May 2011, in the Middle District of Florida,

WEYLIN O. RODRIGUEZ
a/k/a "Rico,"
a/k/a "David Johnson"

the defendant herein, then being a person convicted in a court of crimes punishable by imprisonment for a term exceeding one year, namely:

10

1.      **Possession of Cocaine (N.C. Gen. Stat. § 90-96),** in the General Court of Justice, Superior Court Division, State of North Carolina, Mecklenburg County, case number 02CRS250560, on or about March 17, 2003;

2.      **Indecent Liberties with Child (N.C. Gen. Stat. § 14-202.1),** in the General Court of Justice, Superior Court Division, State of North Carolina, Mecklenburg County, case number 05CRS204203, on or about May 22, 2006;

3.      **Possession of a Firearm by a Felon (N.C. Gen. Stat. § 14-415.1),** in the General Court of Justice, Superior Court Division, State of North Carolina, Mecklenburg County, case number 07CRS247702, on or about January 14, 2008; and

4.      **Sex Offender Violations- Failure to Report Name or Residence (F.S.A. § 943.0435),** in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, case number 2011CF006764AO, on or about February 13, 2012,

did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit: a Smith & Wesson, model 60, .38 caliber revolver, five rounds of .38 caliber ammunition and seventy-seven rounds of .45 caliber, automatic ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

1.      The allegations contained in Counts One through Ten of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 1594, 2428, and 924(d), and Title 28, United States Code, Section 2461(c).

11

2.      From their engagement in the violations alleged in Counts One, Two,

Four, Five, and Six of this Indictment, the defendants, WEYLIN O. RODRIGUEZ

a/k/a "Rico," a/k/a "David Johnson," and TATJUANA JOYE a/k/a "Yanna" shall forfeit

to the United States, pursuant to Title 18, United States Code, Section 1594(d) all of

their right, title and interest in:

      a.      Any property, real or personal, that was used or intended to be
used to commit or to facilitate the commission of such violation,
including but not limited to the following:

          (1)  Jennings, model J-22, .22 caliber, semi-automatic, pistol,
S/N: 103979;

          (2)  Smith and Wesson, model 60, .38 caliber, revolver, S/N:
R135753;

          (3)  Remington ammunition;

          (4)  CCI ammunition;

          (5)  .38 caliber revolver ammunition of assorted manufacturers;

          (6)  Remington ammunition;

          (7)  Federal ammunition;

          (8)  Winchester ammunition;

          (9)  .45 caliber, automatic ammunition of assorted
manufacturers; and

12

(10) Rounds of PMC ammunition.

b.    Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.    From their engagement in the violations alleged in Counts Eight and nine of this Indictment, the defendants, WEYLIN O. RODRIGUEZ a/k/a "Rico," a/k/a "David Johnson," and TATJUANA JOYE a/k/a "Yanna", shall forfeit to the United States, pursuant to Tile 18, United States Code, Section 2428:

a.    Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

d.    Such property includes, but is not limited to, the following:

a.    Motorola cell phone, gray, 354519015926109;

b.    Kyocera cell phone, purple, MEID - (identifier) 268435457813795480;

c.    Nokia cell phone, gray, 012447007237885;

13

d.      LG cell phone, gray, LG290CM - model #,
        003CYSF0394006;

e.      Samsung cell phone, blue/black, SCH-U350 - model #,
        A000001758CB43;

f.      Nokia cell phone, gray, 011886009191007;

g.      Samsung cell phone, pink/silver, SPH-M910 - model #,
        identifier - DEC 268435459602899023;

h.      Huawei cell phone, blue/black, M860 - model #, S/N
        2XA7NB1111820172;

i.      Kyocera cell phone, purple, MEID - identifier
        268435457814421442;

j.      Sanyo Boost Mobile, pink, SCP2700 - model #,  identifier -
        DEC 268435457806477995;

k.      Nokia cell phone, gray, RH-121 - model #, another
        identifier 0580796JR2331 012447007237828;

l.      Kyocera cell phone, purple, MEID - identifier
        268435457814458983;

m.      Samsung cell phone, black, SCH-R211 - model #,
        268435458016272313;

n.      Samsung cell phone, black, SGH-T105G - model #,
        RPNZ544660F;

o.      Kyocera cell phone, purple, 268435457814661860;

14

p.     Samsung cell phone, black, SGH-T015G - model #, RPJZ347631L;

q.     Samsung cell phone, black, SCH-U360 - model #, A0000024FC7916;

r.     Samsung cell phone, black, SCH-U360 - model #, A000002416314C;

s.     Samsung cell phone, black, SCH-U360 - model #, A00000298C00A0;

t.     Samsung cell phone, black, A000001DD938FC;

u.     HP Pavilion Desktop Tower, S/N CNH72418HB;

v.     HP Compaq Laptop, 6910P- model #, S/N CND8251H8V;

w.     Kodak digital camera, silver, KCGHP82700673;

x.     Polaroid digital camcorder, red, DVF-130 - model #, HR901585130089025; and

y.     Kodak 8GB SD card, 7235082ZC.

4.     From his engagement in the violations alleged in Counts Three, Seven, and Ten of this Indictment, the defendant, WEYLIN O. RODRIGUEZ a/k/a "Rico," and "David Johnson," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all of his right, title and interest in any firearm and ammunition involved in or used in such knowing violation, including but not limited to the following:

15

      (1)  Jennings, model J-22, .22 caliber, semi-automatic, pistol, S/N: 103979;

      (2)  Smith and Wesson, model 60, .38 caliber, revolver, S/N: R135753;

      (3)  Remington ammunition;

      (4)  CCI ammunition;

      (5)  .38 caliber revolver ammunition of assorted manufacturers;

      (6)  Remington ammunition;

      (7)  Federal ammunition;

      (8)  Winchester ammunition;

      (9)  .45 caliber, automatic ammunition of assorted manufacturers; and

      (10) Rounds of PMC ammunition.

5.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be
      subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United

States Code, Section 2461(c).

A TRUE BILL,

_Robert E Gion_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By:   _Stacie B._
      Stacie B. Harris
      Assistant United States Attorney

By:   _Jay L. Hoffer_
      Jay L. Hoffer
      Assistant United States Attorney
      Chief, General Crimes

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

**WEYLIN OLLIE RODRIGUEZ**
aka "Rico"
aka "David Johnson,"  and
**TATJUANA JOYE**
aka "Yanna·

## INDICTMENT

Violations:

18 U.S.C. §§ 1594(c), 1591(a), 2423(a), 2422(a), 924(c)

A true bill,

_Robert E. Brown_
Foréperson

Filed in open court this 12th day

of April 2012.

Clerk

Bail  $