**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:12-CR-136-T-35AEP

**TATJUANA JOYE**

_____

# REPORT AND RECOMMENDATION
# CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and Local Rule 6.01(c)(12), and has entered a plea of guilty to **Count One of the Indictment.** After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense. I therefore recommend that the plea agreement and the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: 10/9/12

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B); M.D. Fla. R. 6.02.