UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:12-CR-136-T-35AEP

TATJUANA JOYE a/k/a "Yanna"

## MOTION BY THE UNITED STATES FOR
## DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
## BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 4-level reduction in the defendant's offense level.

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant, Tatjuana Joye, provided truthful and timely information to the United States. Despite risks of physical harm, Tatjuana Joye testified at trial against co-defendant Weylin O. Rodriguez in case number 8:12-136-T-35AEP.

The United States believes that, because of her efforts on behalf of the United States, Tatjuana Joye should receive a 4-level reduction in her offense level for her assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                        Respectfully submitted,

                        ROBERT E. O'NEILL
                        United States Attorney

By:   *s/ Stacie B. Harris*
        Stacie B. Harris
        Assistant United States Attorney
        Florida Bar No. 021672
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:     (813) 274-6000
        Facsimile:      (813) 274-6125
        E-mail:    stacie.harris@usdoj.gov

U.S. v. TATJUANA JOYE			Case No. 8:12-CR-280-T-23MAP

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    F. Wesley Blankner Jr.

                                    *s/ Stacie B. Harris*
                                     Stacie B. Harris
                                     Assistant United States Attorney
                                     Florida Bar No. 021672
                                     400 North Tampa Street, Suite 3200
                                     Tampa, Florida  33602
                                     Telephone:   (813) 274-6000
                                     Facsimile:     (813) 274-6125
                                     E-mail:  stacie.harris@usdoj.gov